1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| ALAR SAAREMETS, on His Own Behalf and on Behalf of All Others Similarly Situated, | CASE NO. 2:09-cv-02337-FCD-EFB |
|---|---|
| Plaintiff, | **ORDER CONTINUING THE HEARING OF DEFENDANT'S MOTION TO CHANGE VENUE FOR 30 DAYS** |
| v. | JUDGE:   Honorable Frank C. Damrell, Jr. |
| WHIRLPOOL CORPORATION, a Delaware Corporation; and DOES 1 through 10, inclusive, | DEPT:     2 |
| Defendants. | |

PURSUANT TO THE PARTIES STIPULATION, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Transfer is continued to December 11, 2009 or as soon thereafter as the Court is available to hear Defendant's motion.

2. Plaintiff's opposition shall be filed and served by November 27, 2009.

3. Defendant's reply brief shall be filed and served by December 4, 2009.

IT IS SO ORDERED.

DATED: October 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE